

# Certificate of Good Standing
## and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

**TAYLOR TRUE SMITH**

was admitted to practice in this court on
November 20, 2017
and is in good standing with no disciplinary history.

Dated: May 25, 2018

*Jeffrey P. Colwell*
_____
Jeffrey P. Colwell, Clerk

