TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
LUCIA X. ROIBAL (CA SBN 306721)
LRoibal@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

[Additional counsel listed on next page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA VARIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Case No.   3:18-cv-03829-RS<br><br>**STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>Complaint Filed:  June 27, 2018 |

| | |
|---|---|
| 1 | RICHARD TOSHIYUKI DRURY (CA SBN 163559) |
| | richard@lozeaudrury.com |
| 2 | REBECCA LEAH DAVIS (CA SBN 271662) |
| | Rebecca@lozeaudrury.com |
| 3 | Lozeau Drury LLP |
| 4 | 410 12th Street, Suite 250 |
| | Oakland, CA 94607 |
| 5 | Telephone: (510) 836-4200 |
| | Facsimile: (510) 836-4205 |
| 6 | |
| 7 | STEVEN LEZELL WOODROW, *Pro Hac Vice* |
| | swoodrow@woodrowpeluso.com |
| 8 | PATRICK HARRY PELUSO, *Pro Hac Vice* |
| | ppeluso@woodrowpeluso.com |
| 9 | TAYLOR TRUE SMITH, *Pro Hac Vice* |
| | tsmith@woodrowpeluso.com |
| 10 | Woodrow & Peluso, LLC |
| 11 | 3900 East Mexico Avenue, Suite 300 |
| | Denver, CO 80210 |
| 12 | Telephone: (720) 213-0675 |
| | Facsimile: (303) 927-0809 |
| 13 | |
| 14 | Attorneys for Plaintiff |
| | CARLA VARIO |

STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
Case No. 3:18-cv-03829

sf-3925814

2

WHEREAS, Plaintiff filed the Complaint in this action on June 27, 2018, and served it on Defendant on July 16, 2018;

WHEREAS, the current deadline for Defendant's response to the Complaint is August 6, 2018;

WHEREAS, pursuant to L.R. 6-1(a), the parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the Complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, extending the time Defendant has to answer or otherwise respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

THEREFORE, the parties hereby stipulate and agree that Defendant shall have until September 5, 2018 to answer or otherwise respond to the Complaint.

Dated: July 31, 2018

TIFFANY CHEUNG
LUCIA X. ROIBAL
MORRISON & FOERSTER LLP

By: */s/Tiffany Cheung*
TIFFANY CHEUNG

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

Dated: July 31, 2018

PATRICK H. PELUSO, *Pro Hac Vice*

By: */s/ Patrick H. Peluso*
PATRICK H. PELUSO

Attorneys for Plaintiff
CARLA VARIO

STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT
Case No. 3:18-cv-03829

sf-3925814

3

**ECF ATTESTATION**

I, Tiffany Cheung, am the ECF User whose ID and password are being used to file this STIPULATION EXTENDING TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT.  In compliance with Civil Local Rule 5-1(i), I hereby attest that Patrick Harry Peluso, counsel for Plaintiff, has concurred in this filing.

Dated: July 31, 2018                                          */s/ Tiffany Cheung*
                                                                              TIFFANY CHEUNG