1  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
2  LUCIA X. ROIBAL (CA SBN 306721)
   LRoibal@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  ADAM J. HUNT, *pro hac vice*
   AdamHunt@mofo.com
7  Morrison & Foerster LLP
   250 West 55th Street
8  New York, New York 10019-9601
   Telephone: 212.336.4341
9  Facsimile: 212.468.7900

10 Attorneys for Defendant
   UBER TECHNOLOGIES, INC.
11
   [Additional counsel listed on next page]
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 | CARLA VARIO, individually and on behalf of all others similarly situated, | Case No.   4:18-cv-03829-HSG
17 |                        Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT**
18 |     v. | Judge: Hon. Haywood S. Gilliam, Jr.
19 | UBER TECHNOLOGIES, INC., a Delaware corporation, | Complaint Filed: June 27, 2018
20 |
21 |                        Defendant. |

1  RICHARD TOSHIYUKI DRURY (CA SBN 163559)
   richard@lozeaudrury.com
2  REBECCA LEAH DAVIS (CA SBN 271662)
   Rebecca@lozeaudrury.com
3  Lozeau Drury LLP
   410 12th Street, Suite 250
4  Oakland, CA 94607
   Telephone: (510) 836-4200
5  Facsimile: (510) 836-4205
6
7  STEVEN LEZELL WOODROW, *Pro Hac Vice*
   swoodrow@woodrowpeluso.com
8  PATRICK HARRY PELUSO, *Pro Hac Vice*
   ppeluso@woodrowpeluso.com
9  TAYLOR TRUE SMITH, *Pro Hac Vice*
   tsmith@woodrowpeluso.com
10 Woodrow & Peluso, LLC
   3900 East Mexico Avenue, Suite 300
11 Denver, CO 80210
   Telephone: (720) 213-0675
12 Facsimile: (303) 927-0809
13
   Attorneys for Plaintiff
14 CARLA VARIO

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT
Case No. 4:18-cv-03829-HSG

ny-1345756

2

1  Plaintiff Carla Vario ("Plaintiff") and Defendant Uber Technologies, Inc. ("Uber" or
2  "Defendant") jointly submit this Joint Case Management Statement pursuant to the Standing
3  Order for All Judges of the Northern District of California and Civil Local Rule 16-9.  Plaintiff's
4  counsel, Patrick H. Peluso, and Defendant's counsel, Adam J. Hunt, have met and conferred
5  concerning the contents of this Statement.

6  On September 17, 2018, the parties filed a stipulation to consolidate this action pursuant
7  to Federal Rule of Civil Procedure 42(a) with two other related cases, *Manning, et al. v. Uber
8  Technologies, Inc.*, No. 4:18-cv-02931 (N.D. Cal.) ("*Manning*") and *Bollinger v. Uber
9  Technologies, Inc.*, No. 3:18-cv-04538 (N.D. Cal.) ("*Bollinger*").  (*See* ECF No. 33.)  Because the
10 stipulation is still pending, the parties respectfully believe that it is more efficient to submit a
11 Joint Case Management report governing the consolidated action—including this case, as well as
12 *Manning* and *Bollinger*—once the Court enters an order granting the parties' stipulation.

Dated:  September 25, 2018

TIFFANY CHEUNG
ADAM J. HUNT
LUCIA X. ROIBAL
MORRISON & FOERSTER LLP

By: */s/ Adam J. Hunt*
      ADAM J. HUNT

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

Dated:  September 25, 2018

PATRICK H. PELUSO, *Pro Hac Vice*

By: *Patrick H. Peluso*
     PATRICK H. PELUSO

Attorneys for Plaintiff
CARLA VARIO

**ECF ATTESTATION**

I, ADAM J. HUNT, am the ECF User whose ID and password are being used to file this JOINT CASE MANAGEMENT STATEMENT.  In compliance with Civil Local Rule 5-1(i), I hereby attest that Patrick H. Peluso, counsel for Plaintiff, has concurred in this filing.

Dated: September 25, 2018                              */s/ Adam J. Hunt*
                                                                                              ADAM J. HUNT